In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-11-00010-CV
_____

### IN RE COMMITMENT OF JOHN QUINCY WARREN

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 10-03-03046 CV

### MEMORANDUM OPINION

A jury found John Quincy Warren suffers from a behavioral abnormality that makes him likely to engage in a predatory act of sexual violence. The trial court civilly committed Warren to a program of outpatient treatment and supervision to protect the community. We affirm the trial court's judgment.

After perfecting appeal, Warren's appointed appellate counsel filed a brief certifying that the appeal is frivolous. Appellate counsel's brief presents counsel's professional evaluation of the record and asks this Court to accept the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *In re Commitment of Rayson*, No. 09–06–081–CV, 2007 WL 846555, *1 (Tex. App.—

1

Beaumont Mar. 22, 2007, no pet.) (mem. op.). On January 12, 2012, we granted leave to file a pro se brief. Appellant filed two responses which we have reviewed for arguable error.

We have reviewed the record and determined that this appeal is wholly frivolous. The *Anders* brief filed by appellate counsel adequately presents the case, and additional briefing by new counsel will not aid in the satisfactory submission of the appeal. Tex. R. App. P. 38.9. We find no arguable error requiring further action in this case. The trial court's judgment ordering civil commitment is affirmed.[1]

AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on September 28, 2012
Opinion Delivered October 11, 2012
Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Warren may challenge our decision by filing a petition for review with the Texas Supreme Court. *See* Tex. R. App. P. 53.